Wednesday, December 1, 1999. This Court's Rule 29.2 does not apply.

No. 98–1701. UNITED STATES *v.* LOCKE, GOVERNOR OF WASHINGTON, ET AL.; and

No. 98–1706. INTERNATIONAL ASSOCIATION OF INDEPENDENT TANKER OWNERS (INTERTANKO) *v.* LOCKE, GOVERNOR OF WASHINGTON, ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, October 22, 1999. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 30, 1999. This Court's Rule 29.2 does not apply.

No. 98–1811. GEIER ET AL. *v.* AMERICAN HONDA MOTOR CO., INC., ET AL. C. A. D. C. Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, October 22, 1999. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 30, 1999. This Court's Rule 29.2 does not apply.

No. 98–1904. UNITED STATES ET AL. *v.* WEATHERHEAD. C. A. 9th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, October 22, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, December 1, 1999. This Court's Rule 29.2 does not apply.

No. 99–51. GUTIERREZ ET AL. *v.* ADA ET AL. C. A. 9th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, October 22, 1999. Brief of respondents is to be filed with

1064

the Clerk and served upon opposing counsel on or before 3 p.m., Friday, November 19, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, November 29, 1999. This Court's Rule 29.2 does not apply. 

No. 98–1539. GLAVEY v. HIGHLAND LAKES COUNTRY CLUB & COMMUNITY ASSN., 526 U. S. 1115;

No. 98–7947. EWING v. CALIFORNIA, 526 U. S. 1054;

No. 98–8120. SPEARMAN v. UNITED STATES, *ante*, p. 1039;

No. 98–8437. TRAFT v. AMERICAN THRESHOLD INDUSTRIES, INC., 526 U. S. 1120;

No. 98–8752. EDWARDS v. FRANCHINI ET AL., 526 U. S. 1124;

No. 98–8836. HAZLEY v. CITY OF AKRON ET AL., 526 U. S. 1162;

No. 98–8882. FIELDS v. DALKON SHIELD CLAIMANTS TRUST, *ante*, p. 1007;

No. 98–8980. SMITH v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 526 U. S. 1163;

No. 98–8987. EPLEY v. WEST ET AL., 526 U. S. 1150;

No. 98–9029. LUMBEF v. ARDEN FAIR APARTMENTS ET AL., *ante*, p. 1025;

No. 98–9032. LUMBEF v. STANFORD MEDICAL GROUP ET AL., *ante*, p. 1025;

No. 98–9288. IN RE HARRISON-BEY, 526 U. S. 1144;

No. 98–9331. CARDWELL v. WATKINS, *ante*, p. 1026;

No. 98–9376. LAWRENCE v. MOATS, WARDEN, ET AL., *ante*, p. 1012;

No. 98–9453. DEUTSCH v. UNITED STATES, *ante*, p. 1028;

No. 98–9458. PETREYKOV ET AL. v. CITY OF NEW YORK, *ante*, p. 1028;

No. 98–9478. EVERETT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1043;

No. 98–9480. NORRIS v. SLATER, SECRETARY OF TRANSPORTATION, *ante*, p. 1043; and

No. 98–9500. IN RE MAULDIN, *ante*, p. 1002. Petitions for rehearing denied.